**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7348**

_____

ALEX D. TAYLOR,

                Plaintiff - Appellant,

      v.

JON OZMINT, Director SCDC,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Terry L. Wooten, District Judge. (1:09-cv-00915-TLW)

_____

Submitted:  March 17, 2011        Decided:  April 20, 2011

_____

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alex D. Taylor, Appellant Pro Se.  Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Ozmint, No. 1:09-cv-00915-TLW (D.S.C. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED